IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS KRUGER III and JOSEPH GENRICH and CONNER VICKERS on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARROW CONTAINER, LLC and JAMES LASARRE,<br><br>Defendants. | Case No. 1:19-cv-1402-JRS-MJD |

**JOINT MOTION FOR AN ORDER (1) APPROVING THE SETTLEMENT OF FLSA CLAIMS; (2) PRELIMINARILY APPROVING THE STIPULATION OF SETTLEMENT INCLUDING CLASS COUNSEL'S FEES (3) CERTIFYING A CLASS FOR SETTLEMENT PURPOSES ONLY; (4) APPROVING THE FORM AND MANNER OF NOTICE TO CLASS OF THE RIGHT TO OBJECT TO THE PROPOSED SETTLEMENT; (5) SCHEDULING A FAIRNESS HEARING FOR THE FINAL CONSIDERATION AND APPROVAL OF THE STIPULATION OF SETTLEMENT; (6) APPOINTMENT OF CLASS COUNSEL AS CLASS ADMINISTRATOR; AND (7) FOR AN ORDER FINALLY APPROVING THE STIPULATION OF SETTLEMENT AT THE <u>FAIRNESS HEARING</u>**

For the reasons in the accompanying Memorandum of Law, Plaintiffs Thomas Kruger III, Joseph Genrich, and Conner Vickers ("Named Plaintiffs" or "Class Representatives") and the putative class members ("Class Members"), by and through their counsel, and Defendants Arrow Container, LLC and James LaSarre (collectively "Defendants"), by and through their counsel, move for an order: (1) approving the settlement of FLSA claims; (2) preliminarily approving the stipulation of settlement (the "Stipulation") between Named Plaintiffs, Defendants, and the Class Members regarding class claims under the Indiana Wage Payment Statute Ind. Code § 22-2-5-1 *et seq.* ("Indiana Wage Payment Statute"); pursuant to Rule 23(e) of the Federal Rules of Civil

Procedure; (3) certifying a class for settlement purposes only; (4) scheduling a Fairness Hearing on the Stipulation; and (5) approving the form and manner of Notice of Proposed Settlement of Class Action, and Fairness Hearing to the Class Members; (6) approval of Class Counsel to act as Class Administrator; and (7) for an order finally approving the stipulation of settlement to the class.

Dated: September 4, 2020

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| WELDY LAW | FROST BROWN TODD LLC |
| By:/ s / Ron Weldy | By: / s / Anthony Overholt |
| Ronald E. Weldy<br>WELDY LAW<br>8383 Craig Street<br>Suite 330<br>Indianapolis, IN 46250<br>P. 317.842.6600<br>F. 317.288.4013<br>rweldy@weldylegal.com | Anthony W. Overholt, #16481-49<br>Erin T. Escoffery, #31960-29<br>FROST BROWN TODD LLC<br>201 North Illinois Street<br>Suite 1900<br>Indianapolis, IN 46204<br>P. 317.237.3800<br>F. 317.237.3900<br>aoverholt@fbtlaw.com<br>eescoffery@fbtlaw.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants Arrow Container, LLC and James LaSarre* |

LR00005.0719751   4830-3839-3801v1
9/4/2020