UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS KRUGER III, JOSEPH GENRICH, and CONNER VICKERS on Behalf of Themselves and All Others Similarly Situated, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v.    ) ) | No. 1:19-cv-01402-JRS-MJD |
| ARROW CONTAINER, LLC, JAMES LASARRE, ) ) ) ) | |
| Defendants.   ) | |

**FINAL JUDGMENT**

The parties having reached a Settlement and Release Agreement of all claims, and the Court having approved the settlement under Federal Rule of Civil Procedure 23, this cause is now **dismissed with prejudice**. This is a final judgment under Rule 58 of the Federal Rules of Civil Procedure. This case is closed.

The Court retains jurisdiction to enforce the terms and conditions of the Settlement and Release Agreement.

Date: 12/18/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution by CM/ECF to all registered counsel of record